# Law Office of
# Zachary Margulis-Ohnuma

June 27, 2017

**Via ECF**

Hon. Edward R. Korman
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    RE: <u>U.S. v. Sannes Alvarez-Fernandez</u>, 17 Cr. 242

Dear Judge Korman:

   This office represents the defendant Sannes Alvarez-Fernandez in the above-captioned case. I write, on consent, to request a modification of Mr. Alvarez-Fernandez's conditions of release that would permit him to travel to New Jersey.

   Mr. Alvarez's conditions of release currently restrict his travel to the Southern District of New York. However, he has identified a more stable place to live and a potential employment opportunity with relatives in New Jersey. While Pretrial Services would have to approve the specifics of the move, Pretrial Officer Bianca Carter has asked me to request an order modifying his conditions of release to include New Jersey. I understand from AUSA David Kessler that the government does not object to the proposed modification, based on Pretrial's assent.

260 Madison Avenue, 17ᵀᴴ Fl. ✦ New York, NY 10016
(212) 685-0999 ✦ zach@zmolaw.com
www.zmolaw.com

**LAW OFFICE OF ZACHARY MARGULIS-OHNUMA**

Accordingly, I respectfully request that the Court "so-order" this letter to indicate that Mr. Alvarez's conditions of release are modified to permit travel to the District of New Jersey.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma

CC: AUSA David Kessler (via ECF and email)
     Bianca Carter, Pretrial Services (via email)